# UNITED STATES DISTRICT COURT

for the
District of Vermont

United States of America

        v.                      Case No.    2:25-cv-751

Kyle Cook, Teresa Marie Cook, and Any
Tenants or Occupants Residing at 124
Soapstone Road, Moretown, VT

## ENTRY OF DEFAULT

The Plaintiff having filed an Application for Entry of Default as to Defendant(s):

    Kyle Cook
    Teresa Marie Cook

It appearing that said Defendant(s) have failed to plead, file a verified answer, or otherwise defend, DEFAULT of Defendant(s):

    Kyle Cook
    Teresa Marie Cook

is hereby entered pursuant to Rule 55(a), F.R.Civ.P.

Dated at Burlington, in the District of Vermont, this 2nd day of June, 2026.

**JEFFREY S. EATON**
**Clerk of Court**

**BY:** /s/ Kristin Pratico
**Deputy Clerk**

CERTIFICATE OF SERVICE

I, Jeffrey S. Eaton, hereby certify that on June 2, 2026 the foregoing Entry of Default was electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Marikate E. Kelley, Esq.: mk@kelleylawvt.com

I also certify that on June 2, 2026, I have mailed by United States Postal Service, the document to the following non-registered participants:

Kyle Cook
1175 Brook Road
Plainfield, VT 05667

Teresa Marie Cook
130 Mill Street, Apt 5
East Barre, VT 05649

Any Tenants or Occupants
124 Soapstone Road
Moretown, VT

**JEFFREY S. EATON**
**Clerk of Court**

**BY:** _/s/ Kristin Pratico_
**Deputy Clerk**